ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL 32304

1809-1443
ORG1:006 In Home Sv
c
EE ID: SWAIND    DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL 32305

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| India S Swann | | |
| 2151 Natural Wells Drive | | |
| Tallahassee, FL 32305 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: SWAIND | | |
| Home Department: 006 In Home Svc | | |
| Pay Period: 04/18/20 to 05/01/20 | | |
| Check Date: 05/08/20    Check #: 105894 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 633.24 | 6668.72 |
| **NET PAY** | **633.24** | **6668.72** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 68.50 | 10.8200 | 741.17 | 656.50 | 7045.06 |
| | Overtime | | | | 0.50 | 8.12 |
| | Annual | | | | 28.50 | 305.75 |
| | Holiday | | | | 45.00 | 471.16 |
| | Workers -Memo | | | M13.79 | | M145.62 |
| | **Total Hours** | 68.50 | | | 730.50 | |
| | **Gross Earnings** | | | 741.17 | | 7830.09 |
| | Total Hrs Worked | 68.50 | | | | |
| | Cell Phone- non ta | | | 5.00 | | 50.00 |
| | **REIMB & OTHER PAYMENTS** | | | 5.00 | | 50.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 44.01 | 465.98 |
| | Medicare | | 10.29 | 108.98 |
| | Fed Income Tax | M 1 | 8.68 | 128.50 |
| | **TOTAL** | | 62.98 | 703.46 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Aflac HOSP | 26.40 | 237.60 |
| | Cafe Plan Denta | | 27.42 |
| | Life Ins Prem P | 1.80 | 18.00 |
| | Roth 403b EE | 14.82 | 156.59 |
| | United Way | 2.00 | 19.00 |
| | Vision Pretax | 4.93 | 49.30 |
| | HINS Ben-Memo | M275.52 | M2744.61 |
| | LIF Ben-Memo | M1.62 | M16.20 |
| | **TOTAL** | 49.95 | 507.91 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 633.24 | 6668.72 |

*Payrolls by Paychex, Inc.*

0944 1809-1443  Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL 32304 • (850) 245-5926

ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL 32304

1809-1443
ORG1:006 In Home Sv
c
EE ID: SWAIND    DD

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL  32305

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
India S Swann
2151 Natural Wells Drive
Tallahassee, FL  32305
Soc Sec #: xxx-xx-xxxx    **Employee ID:** SWAIND

**Home Department:** 006 In Home Svc

**Pay Period:** 04/04/20 to 04/17/20
**Check Date:** 04/24/20    **Check #:** 105829

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 689.74 | 6035.48 |
| **NET PAY** | **689.74** | **6035.48** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 67.50 | 10.8200 | 730.35 | 588.00 | 6303.89 |
| Overtime | | | | 0.50 | 8.12 |
| Annual | 7.50 | 10.8200 | 81.15 | 28.50 | 305.75 |
| Holiday | | | | 45.00 | 471.16 |
| Workers -Memo | | | M15.09 | | M131.83 |
| **Total Hours** | 75.00 | | | 662.00 | |
| **Gross Earnings** | | | 811.50 | | 7088.92 |
| **Total Hrs Worked** | 67.50 | | | | |
| Cell Phone- non ta | | | 5.00 | | 45.00 |
| **REIMB & OTHER PAYMENTS** | | | 5.00 | | 45.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 48.37 | 421.97 |
| Medicare | | 11.32 | 98.69 |
| Fed Income Tax | M 1 | 15.71 | 119.82 |
| **TOTAL** | | 75.40 | 640.48 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac HOSP | 26.40 | 211.20 |
| Cafe Plan Denta | | 27.42 |
| Life Ins Prem P | 1.80 | 16.20 |
| Roth 403b EE | 16.23 | 141.77 |
| United Way | 2.00 | 17.00 |
| Vision Pretax | 4.93 | 44.37 |
| HINS Ben-Memo | M275.52 | M2469.09 |
| LIF Ben-Memo | M1.62 | M14.58 |
| **TOTAL** | 51.36 | 457.96 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 689.74 | 6035.48 |

*Payrolls by Paychex, Inc.*

**0944 1809-1443**  Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL  32304 • (850) 245-5926

ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL 32304

1809-1443
ORG1:006 In Home Sv
c
EE ID: SWAIND    DD

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL 32305

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| India S Swann | | | | Regular | 67.50 | 10.8200 | 730.35 | 588.00 | 6303.89 |
| 2151 Natural Wells Drive | | | | Overtime | | | | 0.50 | 8.12 |
| Tallahassee,FL 32305 | | | | Annual | 7.50 | 10.8200 | 81.15 | 28.50 | 305.75 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: SWAIND | | | | Holiday | | | | 45.00 | 471.16 |
| | | | | Workers -Memo | | | M15.09 | | M131.83 |
| Home Department: 006 In Home Svc | | | | **Total Hours** | 75.00 | | | 662.00 | |
| | | | | **Gross Earnings** | | | 811.50 | | 7088.92 |
| Pay Period: 04/04/20 to 04/17/20 | | | | **Total Hrs Worked** | 67.50 | | | | |
| Check Date: 04/24/20    Check #: 105829 | | | | | | | | | |
| **NET PAY ALLOCATIONS** | | | | Cell Phone- non ta | | | 5.00 | | 45.00 |
| | | | | **REIMB & OTHER PAYMENTS** | | | 5.00 | | 45.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 4431 | 689.74 | 6035.48 | | Social Security | | | 48.37 | | 421.97 |
| **NET PAY** | **689.74** | **6035.48** | | Medicare | | | 11.32 | | 98.69 |
| | | | | Fed Income Tax | M 1 | | 15.71 | | 119.82 |
| | | | | **TOTAL** | | | 75.40 | | 640.48 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | Aflac HOSP | | | 26.40 | | 211.20 |
| | | | | Cafe Plan Denta | | | | | 27.42 |
| | | | | Life Ins Prem P | | | 1.80 | | 16.20 |
| | | | | Roth 403b EE | | | 16.23 | | 141.77 |
| | | | | United Way | | | 2.00 | | 17.00 |
| | | | | Vision Pretax | | | 4.93 | | 44.37 |
| | | | | HINS Ben-Memo | | | M275.52 | | M2469.09 |
| | | | | LIF Ben-Memo | | | M1.62 | | M14.58 |
| | | | | **TOTAL** | | | 51.36 | | 457.96 |
| | | | **NET PAY** | | | | THIS PERIOD ($) **689.74** | | YTD ($) **6035.48** |

*Payrolls by Paychex, Inc.*

0944 1809-1443   Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL 32304 • (850) 245-5926

ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL  32304

1809-1443
ORG1:006 In Home Sv c
EE ID: SWAIND     DD

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL  32305

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

### PERSONAL AND CHECK INFORMATION
India S Swann
2151 Natural Wells Drive
Tallahassee, FL  32305
Soc Sec #: xxx-xx-xxxx    Employee ID: SWAIND

Home Department: 006 In Home Svc

Pay Period: 03/21/20 to 04/03/20
Check Date: 04/10/20    Check #: 105763

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 681.06 | 5345.74 |
| **NET PAY** | **681.06** | **5345.74** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 70.50 | 10.8200 | 762.81 | 520.50 | 5573.54 |
| Overtime | | | | 0.50 | 8.12 |
| Annual | 3.50 | 10.8200 | 37.87 | 21.00 | 224.60 |
| Holiday | | | | 45.00 | 471.16 |
| Workers -Memo | | | M14.89 | | M116.74 |
| **Total Hours** | 74.00 | | | 587.00 | |
| **Gross Earnings** | | | 800.68 | | 6277.42 |
| **Total Hrs Worked** | 70.50 | | | | |
| Cell Phone- non ta | | | 5.00 | | 40.00 |
| **REIMB & OTHER PAYMENTS** | | | 5.00 | | 40.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 47.70 | 373.60 |
| Medicare | | 11.15 | 87.37 |
| Fed Income Tax | M 1 | 14.63 | 104.11 |
| **TOTAL** | | 73.48 | 565.08 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac HOSP | 26.40 | 184.80 |
| Cafe Plan Denta | | 27.42 |
| Life Ins Prem P | 1.80 | 14.40 |
| Roth 403b EE | 16.01 | 125.54 |
| United Way | 2.00 | 15.00 |
| Vision Pretax | 4.93 | 39.44 |
| HINS Ben-Memo | M275.52 | M2193.57 |
| LIF Ben-Memo | M1.62 | M12.96 |
| **TOTAL** | 51.14 | 406.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 681.06 | 5345.74 |

*Payrolls by Paychex, Inc.*

0944 1809-1443  Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL  32304  (850) 245-5926

ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL 32304

1809-1443
ORG1:006 In Home Sv c
EE ID: SWAIND    DD

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL  32305

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
India S Swann
2151 Natural Wells Drive
Tallahassee, FL 32305
Soc Sec #: xxx-xx-xxxx    Employee ID: SWAIND

Home Department: 006 In Home Svc

Pay Period: 03/07/20 to 03/20/20
Check Date: 03/27/20    Check #: 105698

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 672.35 | 4664.68 |
| **NET PAY** | **672.35** | **4664.68** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 65.50 | 10.8200 | 708.71 | 450.00 | 4810.73 |
| Overtime | | | | 0.50 | 8.12 |
| Annual | 7.50 | 10.8200 | 81.15 | 17.50 | 186.73 |
| Holiday | | | | 45.00 | 471.16 |
| Workers -Memo | | | M14.69 | | M101.85 |
| Total Hours | 73.00 | | | 513.00 | |
| Gross Earnings | | | 789.86 | | 5476.74 |
| Total Hrs Worked | 65.50 | | | | |

**REIMB & OTHER PAYMENTS**

| DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Cell Phone- non ta | | | 5.00 | | 35.00 |
| | | | 5.00 | | 35.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 47.03 | 325.90 |
| Medicare | | 11.00 | 76.22 |
| Fed Income Tax | M 1 | 13.55 | 89.48 |
| **TOTAL** | | 71.58 | 491.60 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac HOSP | 26.40 | 158.40 |
| Cafe Plan Denta | 1.80 | 27.42 |
| Life Ins Prem P | 15.80 | 12.60 |
| Roth 403b EE | 2.00 | 109.53 |
| United Way | 4.93 | 13.00 |
| Vision Pretax | M275.52 | 34.51 |
| HINS Ben-Memo | M1.62 | M1918.05 |
| LIF Ben-Memo | | M11.34 |
| **TOTAL** | 50.93 | 355.46 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 672.35 | 4664.68 |

Payrolls by Paychex, Inc.

0944 1809-1443   Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL  32304 • (850) 245-5926

ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL 32304

1809-1443
ORG1:006 In Home Sv
c
EE ID: SWAIND    DD

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL 32305

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
India S Swann
2151 Natural Wells Drive
Tallahassee, FL 32305
Soc Sec #: xxx-xx-xxxx    Employee ID: SWAIND

Home Department: 006 In Home Svc

Pay Period: 02/22/20 to 03/06/20
Check Date: 03/13/20    Check #: 105632

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 689.75 | 3992.33 |
| **NET PAY** | **689.75** | **3992.33** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 75.00 | 10.8200 | 811.50 | 384.50 | 4102.02 |
| Overtime | | | | 0.50 | 8.12 |
| Annual | | | | 10.00 | 105.58 |
| Holiday | | | | 45.00 | 471.16 |
| Workers -Memo | | | M15.09 | | M87.16 |
| **Total Hours** | 75.00 | | | 440.00 | |
| **Gross Earnings** | | | 811.50 | | 4686.88 |
| **Total Hrs Worked** | 75.00 | | | | |

| | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Cell Phone- non ta | | | 5.00 | | 30.00 |
| **REIMB & OTHER PAYMENTS** | | | 5.00 | | 30.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 48.37 | 278.87 |
| Medicare | | 11.31 | 65.22 |
| Fed Income Tax | M 1 | 15.71 | 75.93 |
| **TOTAL** | | 75.39 | 420.02 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac HOSP | 26.40 | 132.00 |
| Cafe Plan Denta | | 27.42 |
| Life Ins Prem P | 1.80 | 10.80 |
| Roth 403b EE | 16.23 | 93.73 |
| United Way | 2.00 | 11.00 |
| Vision Pretax | 4.93 | 29.58 |
| HINS Ben-Memo | M275.52 | M1642.53 |
| LIF Ben-Memo | M1.62 | M9.72 |
| **TOTAL** | 51.36 | 304.53 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 689.75 | 3992.33 |

Payrolls by Paychex, Inc.

0944 1809-1443  Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL 32304 • (850) 245-5926

ELDER CARE SERVICES INC
2518 W TENNESSEE ST
TALLAHASSEE FL  32304

1809-1443
ORG1:006 In Home Sv c
EE ID: SWAIND        DD

*Payrolls by Paychex, Inc.*

INDIA S SWANN
2151 NATURAL WELLS DRIVE
TALLAHASSEE FL  32305

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| India S Swann | | |
| 2151 Natural Wells Drive | | |
| Tallahassee, FL  32305 | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: | SWAIND |
| Home Department: 006 In Home Svc | | |
| Pay Period: 02/22/20 to 03/06/20 | | |
| Check Date:  03/13/20   Check #: 105632 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 689.75 | 3992.33 |
| **NET PAY** | **689.75** | **3992.33** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 75.00 | 10.8200 | 811.50 | 384.50 | 4102.02 |
| | Overtime | | | | 0.50 | 8.12 |
| | Annual | | | | 10.00 | 105.58 |
| | Holiday | | | | 45.00 | 471.16 |
| | Workers -Memo | | | M15.09 | | M87.16 |
| | **Total Hours** | 75.00 | | | 440.00 | |
| | **Gross Earnings** | | | 811.50 | | 4686.88 |
| | **Total Hrs Worked** | 75.00 | | | | |
| | Cell Phone- non ta | | | 5.00 | | 30.00 |
| | **REIMB & OTHER PAYMENTS** | | | 5.00 | | 30.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 48.37 | 278.87 |
| | Medicare | | 11.31 | 65.22 |
| | Fed Income Tax | M 1 | 15.71 | 75.93 |
| | **TOTAL** | | 75.39 | 420.02 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Aflac HOSP | 26.40 | 132.00 |
| | Cafe Plan Denta | | 27.42 |
| | Life Ins Prem P | 1.80 | 10.80 |
| | Roth 403b EE | 16.23 | 93.73 |
| | United Way | 2.00 | 11.00 |
| | Vision Pretax | 4.93 | 29.58 |
| | HINS Ben-Memo | M275.52 | M1642.53 |
| | LIF Ben-Memo | M1.62 | M9.72 |
| | **TOTAL** | 51.36 | 304.53 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 689.75 | 3992.33 |

*Payrolls by Paychex, Inc.*

0944 1809-1443  Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL  32304 • (850) 245-5926

ELDER CARE SERVICES INC  
2518 W TENNESSEE ST  
TALLAHASSEE FL 32304  

1809-1443  
ORG1:006 In Home Svc  
EE ID: SWAIND   DD  

INDIA S SWANN  
2151 NATURAL WELLS DRIVE  
TALLAHASSEE FL 32305  

**NON-NEGOTIABLE**

*Payrolls by Paychex, Inc.*

---

### PERSONAL AND CHECK INFORMATION
India S Swann  
2151 Natural Wells Drive  
Tallahassee, FL 32305  
Soc Sec #: xxx-xx-xxxx   Employee ID: SWAIND  

Home Department: 006 In Home Svc  

Pay Period: 02/08/20 to 02/21/20  
Check Date: 02/28/20   Check #: 105565  

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4431 | 691.93 | 3302.58 |
| **NET PAY** | **691.93** | **3302.58** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 74.50 | 10.8200 | 806.09 | 309.50 | 3290.52 |
| Overtime | 0.50 | 16.2300 | 8.12 | 0.50 | 8.12 |
| Annual | | | | 10.00 | 105.58 |
| Holiday | | | | 45.00 | 471.16 |
| Workers -Memo | | | M15.14 | | M72.07 |
| **Total Hours** | 75.00 | | | 365.00 | |
| **Gross Earnings** | | | 814.21 | | 3875.38 |
| **Total Hrs Worked** | 75.00 | | | | |

| | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Cell Phone- non ta | | | 5.00 | | 25.00 |
| **REIMB & OTHER PAYMENTS** | | | 5.00 | | 25.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 48.54 | 230.50 |
| Medicare | | 11.35 | 53.91 |
| Fed Income Tax | M 1 | 15.98 | 60.22 |
| **TOTAL** | | **75.87** | **344.63** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac HOSP | 26.40 | 105.60 |
| Cafe Plan Denta | | 27.42 |
| Life Ins Prem P | 1.80 | 9.00 |
| Roth 403b EE | 16.28 | 77.50 |
| United Way | 2.00 | 9.00 |
| Vision Pretax | 4.93 | 24.65 |
| HINS Ben-Memo | M275.52 | M1367.01 |
| LIF Ben-Memo | M1.62 | M8.10 |
| **TOTAL** | **51.41** | **253.17** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **691.93** | **3302.58** |

*Payrolls by Paychex, Inc.*

0944 1809-1443  Elder Care Services Inc • 2518 W Tennessee St • Tallahassee FL 32304 • (850) 245-5926

# EARNINGS STATEMENT



**Jim Bennetts Plumbing Inc**

3407-1 Quick Drive
Tallahassee, FL  32311

Check No: 32989088

Check Date: 04/10/2020

Pay Period: 04/01/2020 - 04/07/2020

## Clyde Swann Jr.

2151 Natural Wells Drive
Tallahassee , FL  32305-

Employee ID : 00002583384

Location: Jim Bennetts Plumbing Inc-HQ

Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT

Pay Rate: $12.00 Hourly

**NON-NEGOTIABLE**

Net Pay

USD **$428.95**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 40.00 | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| [FL OT derived rate] | 18.000 | 0.75 | 0.00 | 13.50 | 0.00 | 0.00 | 0.00 |
| Overtime | 0.000 | 0.00 | 0.00 | 0.00 | 4.25 | 0.00 | 76.50 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 272.50 | 0.00 | 3,270.00 |
| **Gross Pay** | | **40.75** | **0.00** | **493.50** | **276.75** | **0.00** | **3,346.50** |
| **Fed Taxable Gross** | | | | **493.50** | | | **3,346.50** |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 26.81 | | 175.35 |
| Fed MED/EE | 7.15 | | 48.52 |
| Fed OASDI/EE | 30.59 | | 207.48 |
| **Total Taxes** | **64.55** | | **431.35** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total  Deductions | 0.00 | | 0.00 |
| **Net Pay** | **428.95** | | **2,915.15** |

### Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| End Balance |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 1361 | 428.95 |
| **Total** | | **428.95** |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461





**Jim Bennetts Plumbing Inc**
3407-1 Quick Drive
Tallahassee, FL 32311

Check No: 32958391
Check Date: 04/03/2020
Pay Period: 03/25/2020 - 03/31/2020

# Clyde Swann Jr.

**NON-NEGOTIABLE**

2151 Natural Wells Drive
Tallahassee, FL 32305-

Employee ID : 00002583384
Location: Jim Bennetts Plumbing Inc-HQ
Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT
Pay Rate: $12.00 Hourly

Net Pay

USD **$447.01**

## Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 40.00 | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| [FL OT derived rate] | 18.000 | 2.00 | 0.00 | 36.00 | 0.00 | 0.00 | 0.00 |
| Overtime | 0.000 | 0.00 | 0.00 | 0.00 | 3.50 | 0.00 | 63.00 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 232.50 | 0.00 | 2,790.00 |
| **Gross Pay** | | 42.00 | 0.00 | 516.00 | 236.00 | 0.00 | 2,853.00 |
| **Fed Taxable Gross** | | | | 516.00 | | | 2,853.00 |

## Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 29.51 | | 148.54 |
| Fed MED/EE | 7.48 | | 41.37 |
| Fed OASDI/EE | 32.00 | | 176.89 |
| **Total Taxes** | **68.99** | | **366.80** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total Deductions | 0.00 | | 0.00 |
| **Net Pay** | **447.01** | | **2,486.20** |

## Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

## Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

## Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| End Balance |

## Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 1361 | 447.01 |
| **Total** | | **447.01** |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461



# EARNINGS STATEMENT



**Jim Bennetts Plumbing Inc**

3407-1 Quick Drive
Tallahassee, FL  32311

Check No: 32844246

Check Date: 03/27/2020

Pay Period: 03/18/2020 - 03/24/2020

## Clyde Swann Jr.

2151 Natural Wells Drive
Tallahassee , FL  32305-

Employee ID : 00002583384

Location: Jim Bennetts Plumbing Inc-HQ

Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT

Pay Rate: $12.00 Hourly

**NON-NEGOTIABLE**

Net Pay

USD **$439.79**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 40.00 | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| [FL OT derived rate] | 18.000 | 1.50 | 0.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| Overtime | 0.000 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 27.00 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 192.50 | 0.00 | 2,310.00 |
| Gross Pay | | 41.50 | 0.00 | 507.00 | 194.00 | 0.00 | 2,337.00 |
| Fed Taxable Gross | | | | 507.00 | | | 2,337.00 |

### Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Taxes and Deductions

| Taxes | Current | Year-to-Date |
|---|---|---|
| Fed Withholdng | 28.43 | 119.03 |
| Fed MED/EE | 7.35 | 33.89 |
| Fed OASDI/EE | 31.43 | 144.89 |
| Total Taxes | 67.21 | 297.81 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | Year-to-Date |
|---|---|---|
| Total After Tax Deductions | 0.00 | 0.00 |
| Total  Deductions | 0.00 | 0.00 |
| Net Pay | 439.79 | 2,039.19 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| End Balance |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 1361 | 439.79 |
| Total | | 439.79 |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461



# EARNINGS STATEMENT



**Jim Bennetts Plumbing Inc**

3407-1 Quick Drive
Tallahassee, FL  32311

Check No: 32811549

Check Date: 03/20/2020

Pay Period: 03/11/2020 - 03/17/2020

## Clyde Swann Jr.

**NON-NEGOTIABLE**

2151 Natural Wells Drive
Tallahassee , FL  32305-

Employee ID : 00002583384

Location: Jim Bennetts Plumbing Inc-HQ

Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT

Pay Rate: $12.00 Hourly

Net Pay

USD **$418.09**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 40.00 | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 152.50 | 0.00 | 1,830.00 |
| **Gross Pay** | | 40.00 | 0.00 | 480.00 | 152.50 | 0.00 | 1,830.00 |
| **Fed Taxable Gross** | | | | 480.00 | | | 1,830.00 |

### Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 25.19 | | 90.60 |
| Fed MED/EE | 6.96 | | 26.54 |
| Fed OASDI/EE | 29.76 | | 113.46 |
| **Total Taxes** | **61.91** | | **230.60** |
| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |
| After-Tax Deductions | Current | | Year-to-Date |
| Total After Tax Deductions | 0.00 | | 0.00 |
| **Total Deductions** | **0.00** | | **0.00** |
| **Net Pay** | **418.09** | | **1,599.40** |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| **Total Non-Taxable** | 0.00 | 0.00 |
| **Total Benefits** | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| **End Balance** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 1361 | 418.09 |
| **Total** | | **418.09** |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461



# EARNINGS STATEMENT



**Jim Bennetts Plumbing Inc**

3407-1 Quick Drive
Tallahassee, FL  32311

Check No: 32767195

Check Date: 03/13/2020

Pay Period: 03/04/2020 - 03/10/2020

## Clyde Swann Jr.

**NON-NEGOTIABLE**

2151 Natural Wells Drive

Tallahassee , FL  32305-

Employee ID : 00002583384

Location: Jim Bennetts Plumbing Inc-HQ

Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT

Pay Rate: $12.00 Hourly

Net Pay

USD **$418.09**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 40.00 | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 112.50 | 0.00 | 1,350.00 |
| **Gross Pay** | | 40.00 | 0.00 | 480.00 | 112.50 | 0.00 | 1,350.00 |
| **Fed Taxable Gross** | | | | 480.00 | | | 1,350.00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 25.19 | | 65.41 |
| Fed MED/EE | 6.96 | | 19.58 |
| Fed OASDI/EE | 29.76 | | 83.70 |
| **Total Taxes** | 61.91 | | 168.69 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total  Deductions | 0.00 | | 0.00 |
| **Net Pay** | 418.09 | | 1,181.31 |

### Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| **End Balance** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 1361 | 418.09 |
| **Total** | | 418.09 |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461



# EARNINGS STATEMENT



**Jim Bennetts Plumbing Inc**
3407-1 Quick Drive
Tallahassee, FL  32311

Check No: 32666218

Check Date: 03/06/2020

Pay Period: 02/26/2020 - 03/03/2020

## Clyde Swann Jr.

2151 Natural Wells Drive
Tallahassee , FL  32305-

Employee ID : 00002583384

Location: Jim Bennetts Plumbing Inc-HQ

Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT

Pay Rate: $12.00 Hourly

**NON-NEGOTIABLE**

Net Pay

USD **$413.26**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 39.50 | 0.00 | 474.00 | 0.00 | 0.00 | 0.00 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 72.50 | 0.00 | 870.00 |
| Gross Pay | | 39.50 | 0.00 | 474.00 | 72.50 | 0.00 | 870.00 |
| Fed Taxable Gross | | | | 474.00 | | | 870.00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 24.47 | | 40.22 |
| Fed MED/EE | 6.88 | | 12.62 |
| Fed OASDI/EE | 29.39 | | 53.94 |
| Total Taxes | 60.74 | | 106.78 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total  Deductions | 0.00 | | 0.00 |
| Net Pay | 413.26 | | 763.22 |

### Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| **End Balance** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 1361 | 413.26 |
| Total | | 413.26 |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461



# EARNINGS STATEMENT



**Jim Bennetts Plumbing Inc**
3407-1 Quick Drive
Tallahassee, FL  32311

Check No: 4588552

Check Date: 02/28/2020

Pay Period: 02/19/2020 - 02/25/2020

## Clyde Swann Jr.

2151 Natural Wells Drive
Tallahassee, FL  32305

Employee ID : 00002583384

Location: Jim Bennetts Plumbing Inc-HQ

Business Title: Inventory & Delivery Helper

Department: 93V8UADEPT

Pay Rate: $12.00 Hourly

**NON-NEGOTIABLE**

Net Pay

USD **$349.96**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Regular | 12.000 | 33.00 | 0.00 | 396.00 | 0.00 | 0.00 | 0.00 |
| Regular | 0.000 | 0.00 | 0.00 | 0.00 | 33.00 | 0.00 | 396.00 |
| Gross Pay | | 33.00 | 0.00 | 396.00 | 33.00 | 0.00 | 396.00 |
| Fed Taxable Gross | | | | 396.00 | | | 396.00 |

### Tax Withholding

| Description | FL State | Federal |
|---|---|---|
| Marital Status | N/A | Single |
| Allowance/Credit | 0.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Taxes and Deductions

| Taxes | Current | Year-to-Date |
|---|---|---|
| Fed Withholdng | 15.75 | 15.75 |
| Fed MED/EE | 5.74 | 5.74 |
| Fed OASDI/EE | 24.55 | 24.55 |
| Total Taxes | 46.04 | 46.04 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | Year-to-Date |
|---|---|---|
| Total After Tax Deductions | 0.00 | 0.00 |
| Total  Deductions | 0.00 | 0.00 |
| Net Pay | 349.96 | 349.96 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| End Balance |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Total | | 0.00 |

TriNet HR III, Inc., 1 Park Place, Suite 600, Dublin, CA 94568-7983
For payroll inquiries contact the TriNet Solution Center at (800) 638-0461

